## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael Sherman,                                    Civil No. 11-582 (RHK/AJB)

       Plaintiff,            **DISQUALIFICATION AND**
                                          **ORDER FOR REASSIGNMENT**

vs.

Daniel W. Buchholz, et al.,

       Defendants.


The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

     **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

     **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  March 10, 2011

                                                        s/Richard H. Kyle
                                                        RICHARD H. KYLE
                                                        United States District Judge