## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| MICHAEL SHERMAN, | Civil No. 11-0582 (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| DANIEL W. BUCHOLZ, JEREMIAH BUCHHOLZ, DWB & SONS, LLC, AND JASON BUCHHOLZ, | |
| Defendants. | |

_____

Michael Sherman, Ramsey County Adult Detention Center, 518D, 425 Grove Street, St. Paul, MN 55101, pro se plaintiff.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Arthur J. Boylan, dated December 6, 2011 [Docket No. 9]. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein, **IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 30, 2011
at Minneapolis, Minnesota

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge